

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
100 Pearl Street, Suite 20-100
New York, NY 10004-2616

New York
Regional Office

November 22, 2022

MEMO ENDORSED

The Application is granted. The conference is adjourned sine die.
SO ORDERED:
*Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.
Dated: Nov. 29, 2022

The SEC will move for a default judgment as to the entity defendants by Dec. 13, 2022, and will do so in accordance with this Court's Individual Rules. The SEC will submit a status letter by Dec. 29, 2022 concerning its efforts to serve Gabriel Edelman.

**VIA ECF**
The Honorable Paul G. Gardephe
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: <u>SEC v. Edelman, et al., 22 Civ. 7892 (PGG) (S.D.N.Y.)</u>

Dear Judge Gardephe:

Plaintiff Securities and Exchange Commission ("SEC") respectfully requests an adjournment of: (1) the December 8, 2022 initial pretrial conference in this case; and (2) the December 1, 2022 deadline for the parties' pre-conference submissions. (DE 5.) The SEC charges securities fraud in this case against three Defendants: Gabriel Edelman ("Edelman"), who resides in Gibraltar, and his two entities—Edelman Blockchain Advisors and Creative Advancement LLC (collectively, the "Entity Defendants"). On October 13 and 19, 2022, the SEC successfully served its Complaint on the Entity Defendants. (DE 12 & 13.) The Entity Defendants have not responded to the Complaint, are now in default, and the SEC intends to seek default judgments against them. The SEC, however, has not yet served its Complaint on Edelman—who is *pro se*, resides in Gibraltar, and is not currently communicating with the SEC—and the SEC, therefore, needs additional time to effectuate service on Edelman.[1]

---

[1] On March 6, 2022, Edelman filed for Chapter 7 Bankruptcy. *In re. Edelman*, 22-B-10263 (MG) (S.D.N.Y.). During a May 11, 2022 telephonic appearance in that proceeding, Edelman purported to provide his home address in Gibraltar. On September 27, 2022, the SEC unsuccessfully attempted to mail Edelman at that address copies of the Court's Notice of Pretrial Conference and Individual Rules of Practice, but later learned that the address Edelman had provided was not a residential address. The SEC is currently attempting to locate Edelman so that it can serve its Complaint on him.

      For the foregoing reasons, the SEC respectfully requests that the Court adjourn the December 8, 2022 conference and December 1 pre-conference submissions deadline, pending service of the SEC's Complaint on Edelman.

                                        Respectfully submitted,

                                        /s/ Liora Sukhatme
                                        Liora Sukhatme, Senior Counsel

Cc: Defendants Edelman Blockchain Advisors and Creative Advancement LLC