UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE
COMMISSION,

              Plaintiff,

    v.

GABRIEL EDELMAN, CREATIVE
ADVANCEMENT LLC, and EDELMAN
BLOCKCHAIN ADVISORS LLC,

              Defendants.

**ORDER**

22 Civ. 7892 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

    WHEREAS the Complaint was filed on September 15, 2022 (Dkt. No. 1);

    WHEREAS Plaintiff served Defendant Edelman Blockchain Advisors LLC on October 13, 2022 (Dkt. No. 12), and Defendant Creative Advancement LLC on October 19, 2022 (Dkt. No. 13);

    WHEREAS neither of the corporate Defendant has filed an answer, responded to the Complaint, or appeared in this action;

    WHEREAS Plaintiff moved by order to show cause for a default judgment on January 13, 2023 (Dkt. No. 26);

    WHEREAS this Court ordered the corporate Defendants to show cause on January 20, 2023, why a default judgment should not be entered against them (Dkt. No. 28);

    WHEREAS Plaintiff served the Order to Show Cause on Defendants Edelman Blockchain Advisors LLC and Creative Advancement LLC on January 24, 2023 (Dkt. No. 29);

    WHEREAS the corporate Defendants filed no opposition to Plaintiff's motion for a default judgment and did not appear at the February 1, 2023 hearing;

2

       IT IS HEREBY ORDERED that an order of default is entered against Defendants Edelman Blockchain Advisors LLC and Creative Advancement LLC.

       The Clerk of Court is directed <u>not</u> to close this case.

Dated: New York, New York
       February 1, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge